IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DENISE BIERWORTH,

    Plaintiff,

v.                                      CASE NO. 1:07-cv-00033-MP-AK

B.R.&K. INC., d/b/a
CEDAR KEY SUNSET ISLE RV PARK
AND MOTEL,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 49, Stipulation for Dismissal with Prejudice. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, parties may dismiss an action without order of court by filing a stipulation of dismissal signed by all parties. Here, this was done. Further, the parties have expressly stipulated that the dismissal is with prejudice, and that the parties shall bear their own costs and attorney's fees. Therefore, this action is dismissed with prejudice, and the Clerk is directed to close this case.

    **DONE AND ORDERED** this   5th   day of September, 2007

                                    *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge